THE HONORABLE BENJAMIN H. SETTLE

IN AND FOR UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUBLE H. SLAUGHTERING, INC. dba THE BEEF SHOP, AND FIVE STAR BEEF, INC.,<br><br>　　　　　　　　　　　Defendant. | NO. 12-CV-05522-BHS<br><br>ORDER GRANTING STIPULATED MOTION TO<br>(1) ALLOW LIMITED DISCOVERY AFTER DISCOVERY CUTOFF;<br>(2) EXTEND DEADLINE FOR FILING OF DISPOSITIVE PRE-TRIAL MOTIONS; AND<br>(3) RE-SET THE TRIAL DATE |

THIS MATTER having come before the Court on Plaintiff Waste Action Project's and Defendant Five Star Beef, Inc.'s, stipulated motion to allow limited discovery after the discovery cutoff and to extend the deadline for filing dispositive pre-trial motions and the Court having considered the following:

1. Stipulated motion to (1) allow limited discovery after discovery cutoff; (2) extend deadline for filing of dispositive pre-trial motions; and (3) Re-Set the Trial Date; and

2. The records and files herein,

ORDER GRANTING STIPULATED MOTION TO (1) ALLOW LIMITED DISCOVERY AFTER DISCOVERY CUTOFF; (2) EXTEND DEADLINE FOR FILING OF DISPOSITIVE PRE-TRIAL MOTION; AND (3) RE-SET THE TRIAL DATE – Page 1

18 336 jd172801

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

and finding good cause therefore, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** as follows:

- The discovery cutoff is extended until May 1, 2013, for the limited purpose to allow for the depositions of Dan Mauger individually and of the FRCP 30(b)(6) representative of Five Star Beef, Inc.
- The deadline for filing of dispositive motions will also be extended until June 3, 2013.
- The trial date is reset to November 4, 2013 and a revised scheduling order shall be issued.

DATED this 23rd day of April, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 SCHEER & ZEHNDER LLP


By s/Anthony Scisciani
 Anthony R. Scisciani, WSBA No. 32342
 ascisciani@scheerlaw.com
Matthew F. Quigg, WSBA No. 41116
mquigg@scheerlaw.com
Scheer and Zehnder, LLP
701 Pike Street, Ste. 2200
Seattle, WA 98101
Tel: (206) 262-1200
Fax: (206) 223-4065
Attorneys for Defendant FIVE STAR BEEF, INC.

ORDER GRANTING STIPULATED MOTION TO (1) ALLOW LIMITED DISCOVERY AFTER DISCOVERY CUTOFF; (2) EXTEND DEADLINE FOR FILING OF DISPOSITIVE PRE-TRIAL MOTION; AND (3) RE-SET THE TRIAL DATE – Page 2

18 336 jd172801

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

1
2  SMITH & LOWNEY, P.L.L.C.
3
4   By_s/ Elizabeth Zultoski_____
    Elizabeth Zultoski, WSBA No. 44988
5   Knoll Lowney, WSBA No. 23457
    Attorneys for Plaintiff
6   2317 E. John St., Seattle, WA 98112
    Tel: (206) 860-2883
7   Fax: (206) 860-4187
    E-mail: knoll@igc.org
8   elizabethz@igc.org
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION TO (1) ALLOW LIMITED DISCOVERY AFTER DISCOVERY CUTOFF; (2) EXTEND DEADLINE FOR FILING OF DISPOSITIVE PRE-TRIAL MOTION; AND (3) RE-SET THE TRIAL DATE – Page 3

18 336 jd172801

**SCHEER & ZEHNDER LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065