THE HONORABLE BENJAMIN H. SETTLE

IN AND FOR UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>DOUBLE H. SLAUGHTERING, INC. dba THE BEEF SHOP, AND FIVE STAR BEEF, INC.,<br><br>    Defendant. | NO. 12-CV-05522-BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF WASTE ACTION PROJECT AND DEFENDANT FIVE STAR BEEF, INC.'S JOINT MOTION FOR STAY<br><br>FOR CONSIDERATION |

The Court, having considered Waste Action Project's ("WAP") and Five Star Beef, Inc.'s ("Five Star") Joint Motion for Stay, and all other pleadings and papers filed in this action, and being fully advised in the matter, now, therefore:

IT IS SO ORDERED that the WAP's and Five Star's Joint Motion for Stay is GRANTED. The parties shall either lodge the Consent Decree within thirty days of the entry of this Order, or, within thirty days of the entry of this Order, shall submit a status report to the Court regarding the parties' progress and the reasons why additional time is needed to lodge the Consent Decree.

PLAINTIFF WASTE ACTION PROJECT AND DEFENDANT FIVE
STAR BEEF, INC. JOINT MOTION FOR STAY – Page 1
18 336 je072804

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

DATED this ⟵16⟶ day of May, 2013.

_____
THE HON. BENJAMIN H. SETTLE

SCHEER & ZEHNDER LLP

By: S/ Anthony R. Scisciani
   Anthony R. Scisciani, WSBA No. 32342
   ascisciani@scheerlaw.com
   Matthew F. Quigg, WSBA No. 41116
   mquigg@scheerlaw.com
   Attorneys for Defendant FIVE STAR BEEF, INC.

SMITH & LOWNEY, P.L.L.C.

By: S/Knoll Lowney
   Knoll Lowney, WSBA No. 23457
   Elizabeth Zultoski, WSBA No. 44988
   Attorneys for Plaintiff
   2317 E. John St., Seattle, WA 98112
   Tel: (206) 860-2883
   Fax: (206) 860-4187
   E-mail: knoll@igc.org
           elizabethz@igc.org

PLAINTIFF WASTE ACTION PROJECT AND DEFENDANT FIVE
STAR BEEF, INC. JOINT MOTION FOR STAY – Page 2
18 336 je072804

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer & Zehnder LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| COUNSEL FOR PLAINTIFF<br>Elizabeth Hunter Zultoski<br>SMITH & LOWNEY PLLC<br>2317 E. John St.<br>Seattle, WA 98112 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>( ) Via Facsimile<br>(X) Via E-Mail |
| COUNSEL FOR PLAINTIFF<br>Eric D Lowney<br>SMITH & LOWNEY PLLC<br>2317 E John St.<br>Seattle, WA 98122 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>( ) Via Facsimile<br>(X) Via E-Mail |
| COUNSEL FOR PLAINTIFF<br>Richard Adam Smith<br>SMITH & LOWNEY PLLC<br>2317 E. John St.<br>Seattle, WA 98112 | ( ) Via U.S. Mail<br>( ) Via Legal Messenger<br>( ) Via Facsimile<br>(X) Via E-Mail |

DATED this 15th day of May, 2013, at Seattle, Washington.

Shawn Williams

PLAINTIFF WASTE ACTION PROJECT AND DEFENDANT FIVE STAR BEEF, INC. JOINT MOTION FOR STAY – Page 3
18 336 je072804

SCHEER & ZEHNDER LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065